Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Savannah Division

| | | |
|---|---|---|
| Sonya R. Scott-Campbell | ) | Case No.  CV420-195 |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial:  *(check one)*   ☑Yes   ☐No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| International Longshoremen's Association Local 1414 | ) | |
| Union, Paul Mosley, Timothy Mackey, Barry Griffin, | ) | |
| Thomas Stokes, III, Paschal Bignault, Esq., Georgia Stevedore Association, | ) | |
| JMA-ILA Employers Welfare and Pension Fund | ) | |
| Valerie West, Norman Massey, William Spellman, Esq., | ) | |
| Maritime Safety Associates, Charles Hall, GSA/ILA Welfare Pension Fund | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sonya Scott-Campbell |
| Street Address | 114 Junco Way |
| City and County | Savannah, Chatham |
| State and Zip Code | 31419 |
| Telephone Number | 912-441-7282 |
| E-mail Address | sonyacampbellaaila1414@gmail.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | Paul Mosley |
| Job or Title *(if known)* | Vice President, International Longshoremen's Association Local 1414 Union |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah |
| State and Zip Code | Georgia |
| Telephone Number | 912-233-2944 |
| E-mail Address *(if known)* | mrobinson@ila1414.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Timothy Mackey |
| Job or Title *(if known)* | Past President, International Longshoremen's Association Local 1414 Union |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah, Chatham |
| State and Zip Code | 31419 |
| Telephone Number | 912-233-2944 |
| E-mail Address *(if known)* | www.mrobinson@ila1414.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Thomas Stokes, III |
| Job or Title *(if known)* | Past President International Longshoremen's  Association Local 1414 Union |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah, Chatham |
| State and Zip Code | Georgia, 31401 |
| Telephone Number | 912-233-2944 |
| E-mail Address *(if known)* | mrobinsonson@ila1414.com |

**Defendant No. 4**

| | |
|---|---|
| Name | Valerie West |
| Job or Title *(if known)* | Manager, International Longshoremen's Association Welfare Fund |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah, Chatham |
| State and Zip Code | Georgia, 31406 |
| Telephone Number | 912-233-0218 |
| E-mail Address *(if known)* | tsmith@ilasav.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | GSA/ILA Employers Welfare and Pension Fund |
| Job or Title *(if known)* | ILA/GSA Employers Welfare and Pension Office |
| Street Address | 10 Mersey Way |
| City and County | Savannah, Chatham |
| State and Zip Code | 31405 |
| Telephone Number | 912-233-0218 |
| E-mail Address *(if known)* | twilliams@ilasav.com |

**Defendant No. 2**

| | |
|---|---|
| Name | International Longshoremen's Local 1414 Union |
| Job or Title *(if known)* | Labor Union, President Jackie Robinson |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah, Georgia |
| State and Zip Code | 31415 |
| Telephone Number | 912-233-2944 |
| E-mail Address *(if known)* | mrobinson@ilasav.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Maritime Safety Associates |
| Job or Title *(if known)* | PIT, HazMat & Forklift Training Company for International Longshore Association Loca 1414 and Georgia Stevedore Association. President Penelope Parker |
| Street Address | 210 E. Point Drive |
| City and County | Savannah, Chatham |
| State and Zip Code | Georgia, 31410 |
| Telephone Number | 912-429-4607 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Charles Hall |
| Job or Title *(if known)* | Trainer, Maritime Safety Associates/International Longshoremen's Association Local 1414 Union |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah, Chatham |
| State and Zip Code | Georgia, 31401 |
| Telephone Number | 912-663-1046 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | Barry Griffin |
| Job or Title *(if known)* | Delegate, International Lonshoremen's Association Local 1414 Union |
| Street Address | 221 N. E. Lathrop Avenue |
| City and County | Savannah, Chatham |
| State and Zip Code | Georgia, 31419 |
| Telephone Number | 912-233-2944 |
| E-mail Address *(if known)* | wrobinson@ila1414.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Paschal Bignault, Esq. |
| Job or Title *(if known)* | Attorney,International Longshoremen's Association Local 1414 Unionand Cigna Administrator, GSA/ILA Employers Welfare Fund |
| Street Address | 7505 Waters Avenue |
| City and County | Savannah, Chatham |
| State and Zip Code | Georiga, 31406 |
| Telephone Number | 912-356-0388 |
| E-mail Address *(if known)* | pbignault@bc.llaws.com |

**Defendant No. 3**

| | |
|---|---|
| Name | JMA/ILA Welfare & Pension Administrators |
| Job or Title *(if known)* | Erwin Lax, Fund Administrator |
| Street Address | 920A A. Philip Randolph Blvd. |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida, 32206 |
| Telephone Number | 904-354-7258 |
| E-mail Address *(if known)* | info@ilajax.com |

**Defendant No. 4**

| | |
|---|---|
| Name | William Spellman, Esq. |
| Job or Title *(if known)* | Trustee, MILA Health Care Trust Fund and Local Port Administrator |
| Street Address | 111 broadway, Suite 502 |
| City and County | New York, New York |
| State and Zip Code | New York, 10006-1091 |
| Telephone Number | 212-766-5700 |
| E-mail Address *(if known)* | info@miamhctf.com |

**Defendant No. 1**

| | |
|---|---|
| Name | Georgia Stevedore Association |
| Job or Title *(if known)* | Multi-Shipping Compay Employer. Wiley Ellis, Esq., Registered Agent |
| Street Address | 133 Bull Street |
| City and County | Savannah, Chatham |
| State and Zip Code | Georgia, 31401 |
| Telephone Number | ~~912-233-0488~~ |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | International Longshoremen's Association Local 1414 Union |
| Street Address | 221 N.E. Lathrop Avenue |
| City and County | Savannah,Chatham |
| State and Zip Code | Georgia, 31401 |
| Telephone Number | 912-233-2944 |

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Equal Pay Act 1963 (EPA) (29 U.S.C., Chapter 8 sec. 206(d)).

☑ Relevant state law *(specify, if known)*:

☑ Relevant city or county law *(specify, if known)*:

Page 3 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑ Failure to hire me.

☐ Termination of my employment.

☑ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.        Retaliation for reporting being extorted monies from by a Trainer.
                      Retaliation by Suspending while collecting A & H Disability Payments.

☑ Other acts *(specify)*:    Retaliation by Suspending while pursuing filed Worker's Compensation.

Cancelled MILA Employee Insurance then filed Subrogated Worker's Compensation Medical Bills under Husbands' Employee Insura

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

07/12/2015, 04/12/2016, 08/30/2016, 09/13/2016, 12/31/2016, 01/17/2017, 05/20/2018, 08/20/2018, 10/21/2018, 01/03/2019, 05/20/2019, 07/12/2019, 08/01/2019, 11/06/2019, 12/10/2019, 01/09/2020, 03/13/2020, 04/12/2020, 07/17/2(

C.    I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____

☐ color _____

☑ gender/sex    Female _____

☐ religion _____

☑ national origin _____

☑ age *(year of birth)*    54    *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

Personal Injury in Chemical Spill while working.
Personal Injury while Training to Operate PIT Jockey Truck
Personal Injuries due being physically attacked two seperate incidents.

E.    The facts of my case are as follows. Attach additional pages if needed.

ILA Local 1414 Union Employee and Trainer Charles Hall extorted monies from me in July, 2015 and August, 2016. I reported to Union Administrators Paul Mosley, Thomas Stokes, III and Timothy Mackey. I filed grievances with the Union Administration and the Union District Administration but they refused to hear my grievances formally and instead retaliated against me by preventing me from future Training and Jobs. The Union Administrators told Trainer Hall of my filing grievances and he retaliated by jacking me up, taking my phc and threatening me in the ILA Local 1414 Union Hall. I reported this to the ILA Local 1414 Union and the ILA District Administration

Page 4 of

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

April 12, 2016, I was injured in a Chemical Spill while driving a Jockey Truck while working at Georgia Ports Authority. The Tanker, leaking Methyl Acrylate, was offloaded from Vessel Maersk Sophia onto my flatbed. I suffered chemical inhalation and chemical exposure causing Acute RespiratoryDistress, Dyspnea, PTSD, Acute Anxiety, and Skin, Eye, and nose irritations. I filed Workers Compensation but my claim was Controverted and ILA/GSA Employers Welfare and Pension Fund refused to pay Accident and Health Disability (A&HD) while the claim was being pursued because I was misadvised by my Attorney's Eric R. Gottwalt and Ralph R. Loberbaum, who elected not to file a claim for Subrogation in Lieu of the pending Workers Compensation Claim on my behalf and worked with the Union and GSA against me. I had them removed as my Attorney of record by the Federal Administrator 13 months later having learned of their misadvising and other deceptions then represented myself ProSe because I could not get another lawyer to accept my case. I settled 9 months later. My Settlement Agreement provided $1800.00 in reduced Attorney Fees plus $18,000 to me, $8,300 in Subrogated MILA Medical Bills, future Medical Care, accrued 56 weeks Disability accumulating 20 hours a week toward my Employee Hours for ILA/GSA Welfare and Pension and to maintain Seniority per ILA/GSA Collective Bargaining Agreements. I received the $18,000.00 cash but my hours were not added to my ILA/GSA Welfare and Pension. Instead, on September 13, 2016, ILA Local1414 Union Administration and Georgia Stevedore Association (ILA/GSA) Joint Seniority Board suspended me for 18 months in retaliation while pursuing the Workers Compensation Claim of 04/12/2016 and Disability and Disability Claimed filed 09/06/2020. At the time of Suspension, I was being paid on the approved ILA/GSA Welfare and Pension A & H Disability Claim for having been injured again on 09/13/2016 by an Employee Physically Attacking me in the ILA Local 1414 Union Hall while standing attempting to get a job in our AA senioritySection on 09/06/2016.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
01/30/2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☑    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)*    02/19/2020                .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

NLRB Charge and Appeal - Case 10-CB-198041.
NLRB Charge - Case 10-CB 149517.
NLRB Charge - Case 10-CB194616.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/14/2020

Signature of Plaintiff      *Sonya R. Scott-Campbell*

Printed Name of Plaintiff   Sonya R. Scott-Campbell

### B.     For Attorneys

Date of signing:

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Street Address             _____

State and Zip Code         _____

Telephone Number           _____

E-mail Address             _____

III. E. Continued

I collected one ILA/GSA Welfare and Pension Fund A & H Disability payment and received 20 hours for 1 week but was then suspended a week later September 13, 2016. My ILA/GSA Welfare and Pension Fund A & H Disability payments were discontinued after 1 week in retaliation by ILA/GSA Welfare and Pension Fund Manager, Valerie West and Attorney Paschal Bignault, ILA Local 1414 Union Attorney/ILA/GSA Cigna Administrator. December 31, 2016 my MILA Health Insurance including Cigna Health Plans and Vision and Dental Plans were all discontinued in Retaliation. I appealed to the International Longshoreman District Administration and to the International Lonshoreman Association Union Administration.

January, 2017, Timothy Mackey and the ILA/GSA Joint Seniority Board unilaterally took my Seniority without a hearing and prevented my returning to work due to the retalitory suspension until May, 2018. May, 2018, I was told I lost my Seniority by Paul Mosley, Barry Griffin, and Timothy Mackey but at that time Attorney Paschal Bignault did not agree and advised them that I had not lost my Seniority. As I grieved and filed claims to the: ILA Local 1414 Union, Georgial Stevedore Association, ILA/GSA Welfare and Pension Fund, MILA, Cigna, Aetna, ILA Union District Administration, ILA Union Administration, the EEOC and NLRB, Timothy Mackey, Paul Mosley Barry Griffin and the ILA Local 1414 Union Administrators and Employees continually retaliated against me. Attorney Paschal Bignault then joined in the retaliation by misadvising me and giving me a runaround from office to office for relief and admitting that he could not make the International Longshoreman Association Local 1414 Union give my AA Seniority back or my MILA, Cigna, Aetna benefits back. I later learned that I had not lost my Seniority in the records when Timothy Mackey, Barry Griffin and Paul Mosley coerced me by deception to sign for a AA Seniority Probation Card and switched it with a Casual Card and illegally destroyed my AA Senority Card in the system in retaliation. They then ordered their Secretary, Ms. Diggs to destroy my Seniority AA Profile and replace it with a Casual Profile for which she had me sign without knowledge of their wrongdoings, in retaliation. I refused to stand in the Casual Work Permit Section,instead I stood in the AA Seniority Probation Section for 2 months thru July, 2018, because I was threatened with suspension if I stood in the AA Seniority Section by President Timothy Mackey, Vice President Paul Mosley and Barry Griffin. At the time Barry Griffin held no office at ILA 1414 Local Union, January 3, 2020 Barry Griffin was voted into the Administration at ILA Local 1414 Union as a Delegate.

August ,2018, Timothy Mackey dissolved the Probation Sections and I was forced to Stand in the Casual Section with the Casual Work Card or be thrown out of the Hiring Hall and brought up on Charges to be heard by the ILA/GSA Joint Seniorty Board for not being in my section. I did not stand in the Casual Section, instead I pleaded with them and wrote grievances and charges against them for all that they were doing to me in ongoing retaliation. I continued pursuing the Workers Compensation Claim filed for being injured 08/30/16 which was Controverted and medical care resulting from the injuries claimed in the 04/12/2016 Workers Compensation Claim for which I continuosly treated for and am still treating for presently. I was been prevented from getting a job since returning to work 05/2018 at the ILA Local 1414 Union Hall. July 5, 2018, after getting permission from ILA Local 1414 Union Delegate, Philip Bell, I went to Brunswick, GA, where I initially earned my Casual Work Card July, 2015, to get a job. I was injured while offloading cars from the Vessel to the Port of Brunswick. The Car Malfunctioned several times. I filed Workers Compensation which was later Controverted. Timothy Mackey coerced me to drop that Workers Compensation Claim v. APS Stevedoring in exchange for my AA Seniority Card. I believed him and settled that Workers Compensation Claim moments later but he would not give me back my AA Seniority Card and after months of his lying and stringing me along I finally grieved to the EEOC and the NLRB again. I received EEOC Rights to Sue v. ILA Local 1414 Union in 2017, 2019 and 2020.Having no income to pursue or understanding of the Federal Legal Processes with ongoing broken promises from the ILA Local 1414 Union Adminstrators, I continued to plead all offices I learned in the process that has oversight: Individual Officers of the ILA Local 1414 Union, the Administrations of ILA Local 1414 Union, ILA District and local ILA/GSA Welfare Pension Fund and the Jacksonville National ILA Welfare and Pension Fund, EEOC and NLRB.

I have had not been given relief for my grievances, claims and charges to date from any of the aforementioned Adminsitrations. I filed Divorce Action 08/2018 in Chatham County Superior Court. I was arrested in Superior Court after being casually asked to and agreeing to meeting with Tammy Mosley, Superior Court Clerk due to Contempt Of Court on an unrelated case not receiving a Subpeona. I was lured into her office, maliciously held there and arrested as I walked out with her. I was not scheduled for a hearing after Mediation for the Divorce Action for 8 months of trying to get scheduled then I withdrew the Divorce Action with prejudice due to retaliation form the Courts as a result of filing Civil Actions in the Chatham County Superior Court v International Longshoreman Association Local 1414 Union, Georgia Stevedore Association, ILA/GSA Welfare and Pension Fund, Attorney Paschal Bignault, Maritime Safety Associates as a result of Loss Of Consortium and Negligence in loading, stowage, care and delivery of vessel and cargo on vessel v. Tokyio Marine Insurance and Ceres Marine Terminals 03/19/2020. I was retaliated against by the State Courts and believe that there is a lack of jurisdiction on both Civil Actions filed. From July 5, 2018 through December 13, 2019 I was prevented from being hired by Timothy Mackey, Paul Mosley and Barry Griffin. All three retaliated by telling Hiringing Supervisors not to hire me, slandering my name, defaming my character and committing liabialous injuries to me. I was able to get jobs during the 2nd and 3rd weeks of December, 2019 because Mackey had been defeated as President of International Longshoremen's Association Local 1414 Union on December 3, 2019 and could no longer retaliate in the Union Hiring Hall. Paul Mosley,Barry Griffin and other Administrators and Employess did continue retaliating against me and still do presently. I am prevented from taking a Jockey Truck Training Test although I completed the Six Week Course earning $20 a day 5 days a week. All others in the class were allowed to take the Jockey Truck Training Test. Paul Mosley runs the Training Program and retaliated against me with Barry Griffin, having Jonah Griffin, and the other Trainers retaliate against me. I reported many incidents to President Timothy Mackey, President Jackie Robinson and Vice President Paul Mosley and Training Supervisor Benjamin Bryant.

On 01/09/2020 I was sexually assaulted and stalked by an Employee in the ILA Local 1414 Union Hall. I reported and filed grievances. I reported to Savannah Metro Police.My grievances have not been heard at ILA/GSA Joint Seniority Board Hearings or at ILA/GSA Joint Accident Review Board Hearings to date. The case filed by Savannah Metro v. Kelvin Roundtree was heard 07/30/2020 and reset for 11/01/2020 because defendant elected to seek counsel. On March 13, 2020, I was Physically Attacked and Assualted by Strangulation in the ILA Local 1414 Union Hall, illegally kicked out of PIT Jockey Truck Training at 4:30 p.m. although class was over that caused, Banned by Police Order from the ILA Local 1414 Union and Investigated in lieu of
Suspension in ongoing retaliation, defamation of character, slander and libel. Through my individual investigation of Savannah Metro Police that was escalated to Savannah Chatham County Police Internal Affairs the illegal Ban Order was taken from all records and the inital false, misleading police report and succeeding Police Officer generated supplements were revised and corrected by my final 14 page handwritten supplement at the advice and direction of Savannah Chatham County Police Internal Affairs. The Case is to be heard in Superior Court of Chatham County, no date has been set. I submitted several grievances and charges to ILA Local 1414 Union, The ILA District, The ILA Union and Georgia Stevedore Association in relief of all of the incidents that I endured on March 13, 2020 but in ongoing discrimination and retaliation, none have been heard. The ILA Local 1414 Union fails to process any of my grievances and charges formally, instead they retaliate and discriminate agains me.

For the days I worked from 12/14/2020 through 12/31/2020, my checks were destroyed,the r eplacement checks destroyed and the final replacement checks are inaccurate. I have not received my W2 Statements from the ILA Local 1414 Union or from Georgia Stevedore Association although I have paid dues since entering the industry to the present. I have earned wages and I worked for four shipping companies operating on Georgia Ports Authority since becoming employed there. All are managed by Georgia Stevedore Association, the multi-Shipping Company Employer.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

CV420-195

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sonya R. Scott-Campbell

**DEFENDANTS**

International Longshoremen's Association Local 1414 Union, Paul Mosley, Timothy Mackey, Barry Griffin, Thomas Stokes, III, Paschal Bignault, Esq., Georgia Stevedore Association, JMA-ILA Employers Welfare and Pension Fund, Valerie West, Norman Massey, William Spellman, Esq., Maritime Safety Associates, Charles Hall, GSA/ILA Welfare Pension Fund

(b) County of Residence of First Listed Plaintiff   Chatham
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Chatham
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

ProSe

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☒ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Service Reform Act of 1978. The Federal Service Labor-Management Relations Statute

Brief description of cause:
Employment discrimination and ongoing retaliation due to filing Workers Compensation for disabilties.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 700,000.00, General and Special damages according to proof, Prejudgment Interest According to Law, Costs of suit, Any other relief that the court considers just and proper.

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE  Honorable Claire Cornwell-Williams Honorable Benjamin W. Karpf Honorable John E. Morse, Jr.

DOCKET NUMBER  RCCR20-08690 N161006, N160999 SPCV-19-00370 MO, SPCV-19-00377-MO, SPCV19-00502-MO, SPCV19-00503-MO, SPCV19-005 MO

DATE
08/20/2020

SIGNATURE OF ATTORNEY OF RECORD
ProSe   *Sonya L Scott-Campbell*

### FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

**U.S. DISTRICT COURT PLEADING SUBMISSION FORM**

**1) CASE NUMBER:** _____

**2) TITLE OF THE CASE:** Labor/Management Relations

**3) PLEADING BEING SUBMITTED:** ② Complaint For Employment Discrimination
① Civil Cover Sheet, Application To Proceed In District Court Without Prepaying fees or Costs

**4) YOUR NAME AND ADDRESS:** Sonya R. Scott Campbell
114 Punco Way
Savannah, GA 31419

**5) PHONE NUMBER:** 912-441-7282

**6) DATE:** 08/20/2020

***PLEASE ATTACH THIS FORM TO YOUR PLEADING AND PLACE IT IN THE DROP BOX***

OFFICE OF

CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
POST OFFICE BOX 8286
SAVANNAH, GEORGIA 31412

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
2:44 P. M
08 / 20 / 2020

Deputy Clerk