IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SONYA SCOTT-CAMPBELL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-195
)
PAUL MOSLEY, TIMOTHY MACKEY, )
THOMAS STOKES III, VALERIE )
WEST, GSA/ILA EMPLOYERS WELFARE )
AND PENSION FUND, INTERNATIONAL )
LONGSHOREMEN'S LOCAL 1414 )
UNION, MARITIME SAFETY )
ASSOCIATES, CHARLES HALL, BARRY )
GRIFFIN, PASCHAL BEGNAULT, )
ESQ., JMA/ILA WELFARE & PENSION )
ADMINISTRATORS, WILLIAM )
SPELLMAN, ESQ., GEORGIA )
STEVEDORE ASSOCIATION, and )
NORMAN MASSEY, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's April 13, 2021, Report and Recommendation (Doc. 7), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this **24th** day of June 2021.

                              WILLIAM T. MOORE, JR.
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA